UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BORUTA,

    Plaintiff,

v.	Case No. 1:15-CV-274
	Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  March 24, 2016	/s/ Ray Kent
	RAY KENT
	United States Magistrate Judge